# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| AMAL KHOURI,<br>LEIDALIA R. KHOURI<br><br>    Plaintiffs,<br><br>v.<br><br>JPMORGAN CHASE & COMPANY,<br>a Washington corporation; CCSF, LLC<br>dba GRAYSTONE FINANCIAL<br>GROUP; MORTGAGE ELECTRONIC<br>REGISTRATION SYSTEMS (MERS),<br>CAL-WESTERN RECONVEYANCE<br>CORP.; DOES I-X, inclusive, and ROE<br>CORPS I-X, inclusive,<br><br>    Defendants. | Case No.  2:12-cv-01209-GMN-GWF<br><br>**ORDER EXPUNGING/CANCELING<br>NOTICE OF LIS PENDENS** |

The Court, having considered the Motion to Expunge/Cancel Notice of Lis Pendens, filed with the Court by JPMorgan Chase Bank, N.A. for itself and as successor by merger with Chase Home Finance LLC, and good cause appearing therefor,

**IT IS HEREBY ORDERED** that the motion is granted;

**IT IS FURTHER ORDERED** that the Notice of Lis Pendens recorded by Plaintiffs on May 5, 2012, as Instrument 20120508-0002676 in the Official Records of the Clark County, Nevada Recorder (a copy of which is attached hereto as **Exhibit 1**) is hereby expunged and fully discharged, and is of no further force and effect for any purposes; and,

**IT IS FURTHER ORDERED** that the real property located at 9128 Landons Point Court, Las Vegas, Nevada 89148 (APN 176-20-113-059), which was the subject of this action, is fully exonerated from the referenced Notice of Lis Pendens.

**IT IS SO ORDERED** this 13th day of February, 2013.

_____
Gloria M. Navarro
United States District Judge